■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER GIL, Appellant. [33 NYS3d 906]—Appeal by the defendant, as limited by his motion, from a sentence of the

County Court, Suffolk County (Condon, J.), imposed August 15, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *cf. People v Brown*, 122 AD3d 133, 145-146 [2014]). Eng, P.J., Chambers, Austin, Roman and LaSalle, JJ., concur.